## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**League of Women Voters,** *et al.,*

    **Plaintiffs,**　　　　　　　　　　　　Case No. 2:20-cv-1638

    v.　　　　　　　　　　　　　　　　Judge Michael H. Watson

**Frank LaRose,**　　　　　　　　　　　　Magistrate Judge Deavers

    **Defendant.**

## ORDER

The Court held a telephone conference in this matter on March 31, 2020.

During the telephone conference, the Court addressed the fact that Defendant has already attempted to alleviate some of the alleged burdens associated with H.B. 197 by, *inter alia*, not requiring voters to submit the official ballot request form.  Defendant indicated that he is currently reviewing other ways to address Plaintiffs' concerns.  The Court expects the parties to be in constant contact and to notify the Court if the parties are able to narrow the scope of Plaintiffs' challenges to H.B. 197 through reaching mutual agreement regarding implementation of any of the provisions Plaintiffs challenge.  Finally, as addressed at the conference, the Court **ORDERS** the following:

1. Defendant shall respond to Plaintiffs' motion for a temporary restraining order by 3:00 p.m. on Thursday, April 2, 2020.
    a. Defendant's response shall specifically include the State's interests that justify the burden on voting rights imposed by the establishment of an April 28, 2020 deadline for absentee voting (as opposed to Defendant's original suggestion of a June 2, 2020 deadline for absentee voting).

   b. Defendant shall also address its position regarding whether the writ of prohibition currently pending in the Supreme Court of Ohio has any impact on this litigation.
2. Plaintiffs' reply brief shall be filed by 3:00 p.m. on Friday, April 3, 2020.

**IT IS SO ORDERED.**

       */s/ Michael H. Watson*
       **MICHAEL H. WATSON, JUDGE**
       **UNITED STATES DISTRICT COURT**