United States District Court
for the Southern District of Ohio
Eastern Division at Columbus

League of Women Voters of Ohio et al,
        Plaintiffs,

    v.

Frank LaRose,
        Defendant.

Case No. 2:20-cv-1638

Judge Watson
Magistrate Judge Deavers

**NOTICE OF DEFICIENCY**

April 1, 2020

The Court's docket reflects the filing of a motion for leave to appear *pro hac vice* in this case (ECF 16).  S.D. Ohio Civ. R. 83.3(e) governs motions for leave to appear *pro hac vice* and states in part:

> "The motion shall (1) be signed by a permanent member of the bar of this Court; (2) be accompanied by the filing fee prescribed by the Court for *pro hac vice* admission except as provided in subsection (g)(4) of this Rule; and (3) be accompanied by an original certificate of good standing from the highest court of a State or the District of Columbia (and not from another federal court) that has been issued not more than three months prior to the date of the motion. If the attorney seeking *pro hac vice* admission is eligible for permanent admission to the bar of this Court, the motion shall also be accompanied by a written affirmation signed by the attorney that he or she will seek permanent admission as promptly as is practicable."

The motion does not comply with Local Rule 83.3 for the following reason(s):

☐ The motion is not signed by a permanent member of the bar of this Court.

☐ The motion is not accompanied by the required filing fee.

☒ The motion does not contain the required certificate of good standing.
    ☒ The certificate is not from the highest court of a State or the District of Columbia.
    ☐ The certificate was issued more than three months ago.

☐ The motion was filed by an attorney who is eligible for permanent admission and does not contain a written affirmation that he or she will seek permanent admission as promptly as is practicable.

☐ Other:

Please resubmit the motion in proper form **within 14 days**.