IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF OHIO, OHIO A. PHILIP RANDOLPH INSTITUTE, LASHUNDA LEE, MUNIA MOSTAFA, AUDRIANNA VICTORIAN RODRIGUEZ, and HANNAH TUVELL,<br><br>*Plaintiffs*,<br><br>v.<br><br>FRANK LAROSE, in his official capacity as Secretary of State of Ohio,<br><br>*Defendant*,<br><br>and<br><br>STATE OF OHIO, OHIO DEMOCRATIC PARTY, and OHIO REPUBLICAN PARTY,<br><br>*Intervenor-Defendants.* | CASE NO. 20-cv-1638<br><br>JUDGE MICHAEL H. WATSON<br><br>Magistrate Judge Elizabeth Preston Deavers |

**STIPULATION OF DISMISSAL**

Plaintiffs League of Women Voters of Ohio, Ohio A. Philip Randolph Institute, Lashunda Lee, Munia Mostafa, Audrianna Victorian Rodriguez, and Hannah Tuvell; Defendant Secretary of State Frank LaRose; and Intervenor-Defendants State of Ohio, Ohio Democratic Party, and Ohio Republican Party hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims, with each party bearing their own fees and costs.

1

Dated: April 20, 2020

Ezra D. Rosenberg (admitted *pro hac vice*)
Jon M. Greenbaum (admitted *pro hac vice*)
Pooja Chaudhuri (admitted *pro hac vice*)
Jacob Conarck (admitted *pro hac vice*)
Lawyers' Committee For Civil Rights Under Law
1500 K Street, NW, Ste. 900
Washington, D.C. 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org
jconarck@lawyerscommittee.org

Freda J. Levenson (0045916)
ACLU of Ohio Foundation
4506 Chester Avenue
Cleveland, Ohio 44103
(216) 472-2220
flevenson@acluohio.org

Respectfully submitted,

/s/ Naila S. Awan
Naila S. Awan, Trial Attorney (0088147)
Brenda Wright*
Emerson Gordon-Marvin (admitted *pro hac vice*)
Dēmos
80 Broad St, 4th Floor
New York, NY 10004
(212) 485-6055
nawan@demos.org
bwright@demos.org
egordonmarvin@demos.org

Chiraag Bains (admitted *pro hac vice*)
Adam Lioz (admitted *pro hac vice*)
Dēmos
740 6th Street NW, 2nd Floor
Washington, DC 20001
(202) 864-2746
cbains@demos.org
alioz@demos.org

David J. Carey (0088787)
ACLU of Ohio Foundation
1108 City Park Avenue, Suite 203
Columbus, Ohio 43206
 (614) 586-1972
dcarey@acluohio.org

*pro hac vice forthcoming*

*Attorneys for the Plaintiffs*

/s/ *Jonathan R. Secrest* (by consent)
Jonathan R. Secrest (0075445)
David A. Lockshaw, Jr. (0082403)
Terrence O'Donnell (0074213)
DICKINSON WRIGHT, PLLC
150 E. Gay Street, Suite 2400
Columbus, Ohio 43215
Telephone: (614) 744-2572
Fax: (844) 670-6009
jsecrest@dickinsonwright.com
dlockshaw@dickinsonwright.com
todonnell@dickinsonwright.com

*Counsel for Defendant Ohio Secretary of State Frank LaRose*


/s/ *Julie M. Pfeiffer* (by consent)
JULIE M. PFEIFFER (0069762)
ANN YACKSHAW (0090623)
Associate Assistant Attorney General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872; Fax: (614) 728-7592
Julie.pfeiffer@ohioattorneygeneral.gov
Ann.Yackshaw@ohioattorneygeneral.gov

*Counsel for Intervenor-Defendant State of Ohio*

/s/ *Anne Marie Sferra* (by consent)
Anne Marie Sferra (0030855)
Christopher N. Slagle (0077641)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio 43215-4291
Phone: (614) 227-2300
Facsimile: (614) 227-2390
E-mail:asferra@bricker.com
cslagle@bricker.com

*Counsel for Intervenor-Defendant Ohio Republican Party*


/s/ *N. Zachary West* (by consent)
N. Zachary West (0087805), *Trial Attorney*
O'CONNOR, HASELEY, & WILHELM LLC
35 North Fourth Street, Ste. 340
Columbus, OH 43215
Phone: (614) 208-4375
west@goconnorlaw.com

Donald J. McTigue (0022849)
Derek S. Clinger (0092075)
MCTIGUE & COLOMBO, LLC
545 E. Town St.
Columbus, Ohio 43215
Phone: (614) 263-7000
dmctigue@electionlawgroup.com
dclinger@electionlawgroup.com

*Counsel for Intervenor-Defendant Ohio Democratic Party*

3

## CERTIFICATE OF SERVICE

I do hereby certify on the 20th day of April, 2020, that the foregoing document was filed via this Court's CM/ECF system. Notice of this filing will be sent by operation of that system to all parties of record, who may access it through the Court's system.

/s/ Naila S. Awan
Naila S. Awan (0088147)

*Attorney for Plaintiffs*